WYKEISHA L. ORR (State Bar No. 246009)
THE ORR FIRM
300 Frank H. Ogawa Plaza, Suite 216
Oakland, CA 94612
Telephone: (510) 985-4600
Facsimile: (877) 810-9006
Emails: worr@theorrfirm.com

Attorneys for Plaintiff
TIMOTHY LAVALLIS

SONIA MARTIN (State Bar No. 191148)
MENGMENG ZHANG (State Bar No. 280411)
DENTONS US LLP
One Market Plaza, Spear Tower, 24th Floor
San Francisco, CA 94105
Telephone: (415) 267-4000
Facsimile: (415) 267-4198
Emails: sonia.martin@dentons.com
mengmeng.zhang@dentons.com

Attorneys for Defendant
NATIONWIDE INSURANCE COMPANY
OF AMERICA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| TIMOTHY LAVALLIS,<br><br>Plaintiff,<br><br>vs.<br><br>NATIONWIDE INSURANCE COMPANY OF AMERICA, and DOES 1 through 10, inclusive,<br><br>Defendants. | Case No. 4:16-cv-05912-DMR<br><br>**STIPULATION FOR DISMISSAL AND [~~PROPOSED~~] ORDER**<br><br>Honorable Donna M. Ryu |

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), the parties hereby stipulate that this action shall be DISMISSED in its entirety WITH PREJUDICE, with each side bearing its own fees and costs. However, the parties further agree that this stipulation and dismissal shall

- 1 -

Case No. 4:16-cv-05912-DMR

STIPULATION FOR DISMISSAL
AND [PROPOSED] ORDER

US_Active\113774821\V-1

DENTONS US LLP
ONE MARKET PLAZA, SPEAR TOWER, 24TH FLOOR
SAN FRANCISCO, CA 94105
(415) 267-4000

not impair in any way Nationwide's ability to claim and recover restitution in connection with any criminal action involving plaintiff.

IT IS SO STIPULATED.

Dated: December 6, 2019                THE ORR FIRM

By   */s/ WYKEISHA L. ORR*
          WYKEISHA L. ORR

Attorneys for Plaintiff
TIMOTHY LAVALLIS

Dated: December 6, 2019                DENTONS US LLP

By   */s/ SONIA MARTIN*
          SONIA MARTIN

Attorneys for Defendant
NATIONWIDE INSURANCE COMPANY
OF AMERICA

### **FILER'S ATTESTATION:**

Pursuant to Local Rule 5-1(i)(3) regarding signatures, I attest under penalty of perjury that the concurrence in the filing of this document has been obtained from its signatories.

Dated: December 6, 2019        By   */s/ SONIA MARTIN*
                                            SONIA MARTIN

**IT IS SO ORDERED**.

Dated: Dec. 6, 2019

HON. DONNA M. RYU
United States District Judge

*IT IS SO ORDERED*
*Judge Donna M. Ryu*

- 2 -

Case No. 4:16-cv-05912-DMR

STIPULATION FOR DISMISSAL AND [PROPOSED] ORDER

US_Active\113774821\V-1